# First District Court of Appeal
## State of Florida

———————————————

No. 1D2025-0538

———————————————

NAYMONTIE N. ENOCH,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

On appeal from the Circuit Court for Alachua County.
James Matthew Colaw, Judge.

April 27, 2026

PER CURIAM.

AFFIRMED.

OSTERHAUS, C.J., and ROBERTS and WINOKUR, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Naymontie N. Enoch, pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.